**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALICE CATALANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | Case No.: 16 CV 3367 |
| | ) | |
| MENARD, INC., a Wisconsin | ) | (Removed from the Circuit |
| Corporation registered as a Foreign | ) | Court of Cook County, |
| Corporation in the State of Illinois, d/b/a | ) | Illinois, Law Division, |
| Menards | ) | Case No. 16 L 063013) |
| | ) | |
| Defendants. | ) | |
| | ) | **JURY DEMAND** |

**NOTICE OF REMOVAL**

NOW COMES the Defendant, MENARD, INC., by and through its attorneys, W.

ANTHONY ANDREWS of OTTOSEN, BRITZ, KELLY, COOPER GILBERT & DiNOLFO,

LTD., pursuant to 28 U.S.C. §§ 1332 and 1441, and files this Notice of Removal of the

above-captioned matter from the Circuit Court of Cook County, Illinois, Law Division,

under Docket No. 2016 L 063013 to this Honorable Court.

In support of this Notice of Removal, the Defendant states the following:

**JURISDICTION**

1.       This action is a civil action of which this Court has original jurisdiction

under 28 U.S.C. §1332(a)(1), and is one which may be removed to this Court by

Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action

between citizens of different states and the matter in controversy exceeds the sum of

$75,000.00, exclusive of interest and costs.

2.       The Plaintiff is a citizen of Illinois, and the Defendant is a citizen of

Wisconsin.

3.　　The Complaint for Personal Injury ("Complaint") filed on behalf of the Plaintiff identifies a litany of injuries sustained by the Plaintiff as a result of the complained-of incident that occurred on October 4, 2015. Plaintiff has claimed injuries to the entire left side of her body, the left side of her head and her right ankle. A true and accurate copy of the Summons and Complaint are attached hereto and marked as Exhibit A.

4.　　Plaintiff is still being treated for the multitude of injuries allegedly sustained, Plaintiff has been treated by a neurologist for her head injuries and is currently still in physical therapy.

5.　　Attached hereto and marked as Exhibit B is an exchange of correspondence between Plaintiff's counsel, Ellen Yearwood of Yearwood and Associates, Ltd., and Defendant's counsel, W. Anthony Andrews of the law firm Ottosen Britz Kelly Cooper Gilbert & DiNolfo, Ltd., wherein Plaintiff's counsel refused to stipulate that the damages in the case are less than $75,000.00. The Defendant's proposed Stipulations are included in Exhibit B.

### STATEMENT OF FACTS

6.　　On February 10, 2016, an action was commenced in the Circuit Court of Cook County, Illinois, Law Division, entitled Alice Catalano, Plaintiff, vs. Menard, Inc., Defendant, as Case No. 2016 L 063013.

7.　　Defendant was served with summons on February 17, 2016, and received a copy of Plaintiff's Complaint on the same date. As a result, this Notice of Removal is filed within the time required by law.

8.　　All process and pleadings from the state court action are included within Exhibit A.

GBS/MMenard/Catalano / Menard/Catalano / Notice of Removal /195620

9.      This Notice for Removal is timely made under 28 U.S.C. § 1446(b) as less than 30 days have passed since service of the Complaint on the Defendant, which enabled Defendant to ascertain that this case was removable.

## BASIS FOR REMOVAL

10.      Removal of a civil action is allowed under 28 U.S.C. § 1441 by a Defendant who is sued on a claim or right that has original jurisdiction in the federal district court.

11.      This claim is removable based on 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship between the Plaintiff and the Defendant. As such, the action is within the subject matter jurisdiction of this Court.

12.      At the time which this action commenced, Plaintiff was, and continues to be, a citizen of the State of Illinois.

13.      At the time which this action commenced, Defendant was, and continues to be, a corporation incorporated under the laws of Wisconsin, having its principal place of business in the State of Wisconsin at 5101 Menard Drive, Eau Claire, Wisconsin 54703. As such, it is a citizen of Wisconsin.

14.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.§1332(a)(1), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00. As Exhibits A and B demonstrate, Plaintiff seeks a recovery in excess of $75,000.00.

## COMPLIANCE WITH REMOVAL PROCEDURES

15.    Defendant has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446.  As noted above, the Notice of Removal is being filed within 30 days of service of the lawsuit.

16.    Notice of Removal is being provided to Plaintiff through her attorney of record and through the Clerk of the Circuit Court of Cook County, Illinois, Law Division.

17.    Pursuant to § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County, Illinois, Law Division, in Case No. 2016 L 063013.

WHEREFORE, for the foregoing reasons, Defendant removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully requests that the Court exercise jurisdiction over this matter.

Respectfully submitted,

Menard, Inc.

Dated:  March 16, 2016                    By: /s/ W. Anthony Andrews
                                                          One of its attorneys

ARDC: 6217267
W. Anthony Andrews
Ottosen, Britz, Kelly, Cooper
Gilbert, & DiNolfo Ltd.
1804 N. Naper Blvd; Suite 350
Naperville, IL. 60563
630-682-0085

GBS/MMenard/Catalano / Menard/Catalano / Notice of Removal /195620

STATE OF ILLINOIS     )
                            ) SS.

COUNTY OF DUPAGE    )


I, W. ANTHONY ANDREWS, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for MENARD, INC., and the same is true and correct to the best of my knowledge and belief.


/s/ W. Anthony Andrews
W. ANTHONY ANDREWS


SUBSCRIBED and SWORN to before
me this 16th day of March 2016.

/s/ Barbara Remus
NOTARY PUBLIC


ARDC: 6217267
W. Anthony Andrews
Ottosen, Britz, Kelly, Cooper
Gilbert & DiNolfo, Ltd.
1804 N. Naper Blvd; Suite 350
Naperville, IL. 60563
630-682-0085


GBS/MMenard/Catalano / Menard/Catalano / Notice of Removal /195620

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALICE CATALANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | Case No.: 16 CV 3367 |
| | ) | |
| MENARD, INC., a Wisconsin | ) | (Removed from the Circuit |
| Corporation registered as a Foreign | ) | Court of Cook County, |
| Corporation in the State of Illinois, d/b/a | ) | Illinois, Law Division, |
| Menards, | ) | Case No. 16 L 063013) |
| | ) | |
| Defendants. | ) | |
| | ) | **JURY DEMAND** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th, 2016, I filed the foregoing *Notice of Removal* with the Clerk of the U.S. District Court, Eastern Division, and I hereby certify I have mailed by United States Postal Service, the documents to the following:

**TO:** Ellen A. Yearwood
636 S. River Rd., Ste. 104
Des Plaines, IL 60016
*Attorney for Plaintiff*


/s/ W. Anthony Andrews
W. ANTHONY ANDREWS


ARDC: 6217267
W. Anthony Andrews
Ottosen, Britz, Kelly, Cooper
Gilbert & DiNolfo, Ltd.
1804 N. Naper Blvd; Suite 350
Naperville, IL. 60563
630-682-0085