# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Alice Catalano,

Plaintiff(s),

v.

Menard Inc., d/b/a Menards,

Defendant(s).

Case No.  16 C 3367
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Menard Inc., d/b/a Menard's
and against plaintiff(s) Alice Catalano
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion for summary judgment.

Date:  6/23/2017                               Thomas G. Bruton, Clerk of Court

                                               s/ Diane Love , Deputy Clerk